IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORA LEE, an individual;<br><br>          Plaintiff,<br><br>   v.<br><br>DANAHER CORPORATION, a Delaware Corporation and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 3:25-CV-04107-TSH<br><br>*[Removed from San Mateo Superior Court Case No. 25-CIV-01776]*<br><br>**[PROPOSED] ORDER MODIFYING SCHEDULE ORDER AND CONTINUING TRIAL DATE**<br><br>Date Action Filed:   March 4, 2025 |

Plaintiff Flora Lee and Defendant Danaher Corporation (collectively, the "Parties") filed a stipulated request (the "Request") to, *inter alia*, modify the Court's Scheduling Order and continue the trial date. Upon due consideration and good cause appearing, the Court **GRANTS** the Parties' Request and modifies the Scheduling Order and trial date as follows:

| EVENT | OLD DATE | NEW DATE |
|---|---|---|
| Close of fact discovery | Thursday, February 5, 2026 | Thursday, June 4, 2026 |
| Disclosure of expert witnesses | Thursday, March 5, 2026 | Thursday, July 2, 2026 |
| Disclosure of rebuttal expert witnesses | Thursday, April 2, 2026 | Thursday, July 30, 2026 |
| Close of expert discovery | Thursday, April 30, 2026 | Thursday, August 27, 2026 |
| Deadline to file dispositive motions | Thursday, May 28, 2026 | Thursday, September 24, 2026 |
| Hearing on dispositive motions | Thursday, July 2, 2026 | Thursday, October 29, 2026 |
| Exchange of pretrial disclosures | Wednesday, September 2, 2026 | Wednesday, December 30, 2026 |
| Deadline to file pretrial documents | Thursday, September 17, 2026 | Thursday, January 14, 2027 |
| Deadline to file oppositions to motions in limine | Thursday, September 24, 2026 | Thursday, January 21, 2027 |
| Pretrial conference | Thursday, October 8, 2026 | Thursday, February 4, 2027 |
| Final pretrial conference | Thursday, November 5, 2026 | Thursday, March 4, 2027 |
| Jury trial (duration to be determined) | Monday, November 16, 2026 | Monday, March 15, 2027 |

Dated: January 28, 2026

_____
United States Magistrate Judge

323237426v.1

[PROPOSED] ORDER MODIFYING SCHEDULE ORDER AND CONTINUING TRIAL DATE