United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FLORA LEE,

Plaintiff,

v.

DANAHER CORPORATION,

Defendant.

Case No. 25-cv-04107-TSH

**ORDER RE STIPULATION**

Re: Dkt. No. 31

The parties' stipulation at ECF No. 31 is **GRANTED IN PART** and **DENIED IN PART**. The Court **SEALS** ECF Nos. 22, 23 and 23-1. As the redacted versions of those documents have already been filed in the public record as Exhibits A, B and C to the parties' stipulation, no further actions is needed as to those documents. The parties' deadline to complete their meet and confer process is extended to August 21, 2026.

**IT IS SO ORDERED.**

Dated: August 17, 2026

THOMAS S. HIXSON
United States Magistrate Judge